# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| PREHIRED LLC, et al., | ) | Bankruptcy Case No. 22-50178-TMH |
| | ) | Bankr. BAP No. 25-0026 |
| Debtors. | ) | |
| _____ | ) | |
| JOSHUA JORDAN, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-679-MN |
| | ) | |
| DON A. BESKRONE, in his capacity as Chapter 7 Trustee, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## **ORDER**

At Wilmington, Delaware, this **17th day of July 2025,**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

1. Appellant shall file his opening appellate brief within 45 days of the date on which an order approving a briefing schedule is entered (the "starting date");

2. Appellee shall file his answering brief within 75 days of the starting date; and

3. Appellant shall file his reply brief within 90 days of the starting date.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE