IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PREHIRED LLC, et al.,<br><br>                   Debtor.<br><br>JOSHUA JORDAN,<br><br>                   Appellant,<br><br>v.<br><br>DON A. BESKRONE, in his capacity as Chapter 7 Trustee,<br><br>                   Appellee. | Chapter 7<br><br>Bankruptcy Case No. 22-50178 (TMH)<br>Bankr. BAP No. 25-0026<br><br><br><br><br><br>C.A. No. 25-679 (MN) |

## **ORDER**

At Wilmington, this 18th day of July 2025;

WHEREAS, on July 17, 2025, Magistrate Judge Christopher J. Burke issued an Order (D.I. 6) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the following briefing schedule shall govern this appeal:

    Opening Brief:                45 days from the date of this Order

    Answering Brief:            75 days from the date of this Order

    Reply Brief:                    90 days from the date of this Order

_____
The Honorable Maryellen Noreika
United States District Judge